November 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MERCEDEZ USCANGA AND ROBERT MARES, Appellants

NO. 14-15-00807-CV                      V.

SCI TEXAS FUNERAL SERVICES, INC. D/B/A BROOKSIDE MEMORIAL PARK & CEMETERY, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on August 25, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Mercedez Uscanga and Robert Mares.

We further order this decision certified below for observance.